

Tower 56
126 East 56th Street, 8th Floor
New York, NY 10022
212 905 0509  T
212 905 0508  F
www.gardylaw.com
www.nyc-employmentlawyer.com

**Gardy & Notis, LLP**
Attorneys at Law

April 2, 2021

<u>Via ECF and FedEx</u>
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  *Zamora v. $49.99 Sewer Man, Inc., et al.*
        <u>No. 17-cv-7492-KAM-CLP</u>

Dear Judge Matsumoto:

    This firm represents defendants $49.99 Sewer Man, Inc. and Sayed Ahmed ("Defendants") in the above lawsuit.  I write in response to the motion of the plaintiffs to reopen the case. Defendants do not oppose the motion and state that the matter should proceed on an individual, non-class/collective basis pursuant to the class and collective action waivers that the Plaintiffs signed before this action was commenced.

    I thank Your Honor for your attention to this matter.

                      Respectfully submitted,

                      *Orin Kurtz*

                      Orin Kurtz

cc: Roman M. Avshalumov, Esq. (by ECF)